**Order entered January 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01233-CV

### IN THE INTEREST OF X.C.J., JR.

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-07173

## ORDER

Before the Court is Jeffrey W. Ermis's January 3, 2019 motion to withdraw as counsel for appellee. The motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to remove Jeffrey W. Ermis as counsel for appellee. All future communications with appellee shall be directed to:

Ms. Akeya Peoples
570 Bridle Path Apt. 1116
Grand Prairie, Texas 75050
(381) 512-7924.

/s/  BILL WHITEHILL
    JUSTICE